**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**


RE:  Docket Number 2021-CA-0070


Janie Beavers, individually and on behalf of minors,
Kynnedy Beavers, Kambrie Beavers, and Tristan Beavers

                    - - Versus - -

The Hanover Insurance Company and Andre M. Ledet

19th Judicial District Court
Case #: 658697
East Baton Rouge Parish


On Application for Rehearing filed on 10/21/2021 by Janie Beavers, et al
Rehearing  _Denied_ .


_____
Vanessa Guidry Whipple

_____
Elizabeth Wolfe

_____
Chris Hester


Date _DEC 0 9 2021_____

_____
Rodd Naquin, Clerk